Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4283 | **DATE** | 7/29/2011 |
| **CASE TITLE** | Michael J. Veysada (#02451-424) vs. Federal Bureau Of Prisons, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion to reconsider [7] is denied. However, Plaintiff indicates that he is able to pay $35 per month towards the filing fee. The court will grant Veysada's renewed request to proceed *in forma pauperis* and assess an initial partial filing fee of $35 and payments thereafter of $35 per month. The U.S. Marshal is hereby ordered to serve Defendants with summons and complaint. The Clerk of Court shall forward a copy of this order to the U.S. Marshal's office. The custodian of Veysada's prison trust account is ordered to collect the initial partial filing fee of $35 and, once the amount is collected, to immediately transfer the funds to the Clerk of the Court of the U.S. District Court for the Northern District of Illinois at 219 South Dearborn, 20th floor, Chicago, Illinois 60604. The custodian is ordered thereafter to collect $35 per month and to transfer such funds to the Clerk of the Court of the U.S. District Court for the Northern District of Illinois until the $350 filing fee has been paid in full. The Clerk of this court is directed to serve or forward a copy of this order to the prison trust fund custodian of Plaintiff 's current place of incarceration.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Michael Veysada's (Veysada) motion for reconsideration. On July 8, 2011, the court denied Veysada's motion for leave to proceed *in forma pauperis* since Veysada had not shown himself to be sufficiently indigent. The court gave Veysada until July 28, 2011 to pay the filing fee. The court also warned Veysada that if he fails to pay the filing fee by July 28, 2011, this case will be dismissed. Veysada requests that the court reconsider its prior ruling and indicates that he is willing to pay $35 a month toward the filing fee.

Veysada contends that although he was only required to provide a prison trust account statement that covered the preceding 6 months before the action was filed, he provided a prison trust account statement that covered the preceding 8 months. Veysada argues that the court improperly considered funds he possessed outside the 6 month period preceding this action. However, the court is not limited to considering income and funds for the 6 month period prior to the filing of an action. In fact, the *in forma pauperis* application

| STATEMENT |
|---|
| form requires applicants to provide information and income for the preceding 12 months prior to the filing of an action. Veysada possessed over $400 and chose not to expend such funds to pay for the filing fee in the instant action. Veysada has not shown that the court erred in its prior ruling or provided any new arguments or evidence that would warrant an amendment of the court's prior ruling. Therefore, the motion for reconsideration is denied. However, Veysada indicates that he is able to pay $35 per month towards the filing fee. The court will grant Veysada's renewed request to proceed *in forma pauperis* and assess an initial partial filing fee of $35 and payments thereafter of $35 per month.<br><br>      The custodian of Veysada's prison trust account is ordered to collect the initial partial filing fee of $35 and, once the amount is collected, to immediately transfer the funds to the Clerk of the Court of the U.S. District Court for the Northern District of Illinois at 219 South Dearborn, 20th floor, Chicago, Illinois 60604. The custodian is ordered thereafter to collect $35 per month and to transfer such funds to the Clerk of the Court of the U.S. District Court for the Northern District of Illinois until the $350 filing fee has been paid in full. The Clerk of this court is directed to serve or forward a copy of this order to the prison trust fund custodian of Veysada's current place of incarceration. |